

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC**,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable Tina Torres, Judge Presiding

# O R D E R

The clerk's record was due on August 23, 2022. On August 24, 2022, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee and has not paid or made arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court **no later than September 6, 2022** that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court